

Cite as 2014 Ark. 234

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE DISTRICT COURT RESOURCE ASSESSMENT BOARD | **Opinion Delivered** May 15, 2014 |

## PER CURIAM

Honorable David Stewart, District Judge, of Fayetteville and David Kizzia, Esq., of Malvern are appointed to the District Court Resource Assessment Board for four-year terms to expire on April 30, 2018. The court thanks them for their willingness to serve on this important board.

Honorable Marcia Hearnsberger, Circuit Judge, of Hot Springs is reappointed to the District Court Resource Assessment Board for a four-year term to expire on April 30, 2018. The court thanks Judge Hearnsberger for her continued service.